UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-20865-CR-MOORE

MAGISTRATE JUDGE
SIMONTON

18 U.S.C. § 1956(h)
18 U.S.C. § 1956(a)(3)(B)
18 U.S.C. § 982(a)(1)



UNITED STATES OF AMERICA

vs.

NADER MOHAMAD FARHAT,

　　　　Defendant.
_____/

### INDICTMENT

The Grand Jury charges that:

### COUNT 1

Beginning in and around March 2014, and continuing to on or about the date of the return of this Indictment, the exact dates being unknown to the Grand Jury, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**NADER MOHAMAD FARHAT,**

did knowingly and willfully combine, conspire, and agree with other persons known and unknown to the Grand Jury to commit offenses against the United States, in violation of Title 18, United States Code, Section 1956, that is, to knowingly conduct a financial transaction affecting interstate and foreign commerce involving property, that is, funds and monetary instruments, including United States currency, represented by an individual acting at the direction of, and with the approval of, law enforcement officers to be proceeds of a specified unlawful activity, with the

intent to conceal and disguise the nature, location, source, ownership and control of property believed to be the proceeds of said specified unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(3)(B).

It is further alleged that the specified unlawful activity was represented to be importing, distributing, selling and otherwise dealing in a controlled substance, punishable under the laws of the United States.

All in violation of Title 18, United States Code, Section 1956(h).

## COUNTS 2-7

On or about the dates set forth below as to each count, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**NADER MOHAMAD FARHAT,**

did knowingly conduct a financial transaction affecting interstate and foreign commerce involving property, that is, funds and monetary instruments, including United States currency, represented by an individual acting at the direction of, and with the approval of, law enforcement officers to be proceeds of a specified unlawful activity, with the intent to conceal and disguise the nature, location, source, ownership and control of property believed to be the proceeds of specified unlawful activity:

| Count | Approximate Date of Financial Transaction | Approximate Amount | Financial Transaction |
|---|---|---|---|
| 2 | November 18, 2014 | $221,625 | Wire transfer received at a Citibank account in Miami, FL |
| 3 | September 14, 2015 | $90,000 | Wire transfer received at a Citibank account in Miami, FL |
| 4 | September 15, 2015 | $49,997.89 | Wire transfer received at a Citibank account in Miami, FL |

2

| 5 | September 18, 2015 | $65,096 | Wire transfer received at a Citibank account in Miami, FL |
|---|---|---|---|
| 6 | September 20, 2015 | $41,210 | Wire transfer received at a Citibank account in Miami, FL |
| 7 | December 14, 2015 | $125,000 | Delivery of cash in U.S. currency by confidential informant to co-conspirator, on behalf of the defendant |

It is further alleged that the specified unlawful activity was represented to be importing, distributing, selling and otherwise dealing in a controlled substance, punishable under the laws of the United States.

In violation of Title 18, United States Code, Sections 1956(a)(3)(B) and 2.

## FORFEITURE ALLEGATIONS

1. The allegations of this Indictment are re-alleged, and by this reference fully incorporated herein for alleging criminal forfeiture to the United States of America of certain property in which the defendant, **NADER MOHAMAD FARHAT**, has an interest.

2. Upon conviction of a violation of, or a conspiracy to violate, Title 18, United States Code, Section 1956, as alleged in this Indictment, the defendant shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 982(a)(1), any property, real or personal, involved in such offense, or any property traceable to such property.

All pursuant to Title 18, United States Code, Section 982(a)(1), and the procedures outlined

3

at Title 21, United States Code, Section 853.

A TRUE BILL

FO:

*[signature]*
BENJAMIN G. GREENBERG
ACTING UNITED STATES ATTORNEY

*[signature]*
AIMEE C. JIMENEZ
ASSISTANT UNITED STATES ATTORNEY

4

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

vs.

NADER MOHAMAD FARHAT

**Defendant.**
_____/

CASE NO. _____

**CERTIFICATE OF TRIAL ATTORNEY***

**Superseding Case Information:**

**Court Division**: (Select One)

| | | |
|---|---|---|
| X | Miami | ___ Key West |
| ___ | FTL | ___ WPB  ___ FTP |

New Defendant(s)         Yes ___   No ___
Number of New Defendants  ___
Total number of counts    ___

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:    (Yes or No)    Yes
   List language and/or dialect    Arabic, Spanish

4. This case will take    3-5    days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)                                  (Check only one)

   I    0  to  5 days    X                Petty      ___
   II   6  to 10 days   ___               Minor      ___
   III  11 to 20 days   ___               Misdem.    ___
   IV   21 to 60 days   ___               Felony      X
   V    61 days and over ___

6. Has this case been previously filed in this District Court?   (Yes or No)   No
   If yes:
   Judge: _____    Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?   (Yes or No)   No
   If yes:
   Magistrate Case No.                        : _____
   Defendant(s) in federal custody as of      _____
   Defendant(s) in state custody as of        _____
   Rule 20 from the                           District of _____

   Is this a potential death penalty case? (Yes or No)    No

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?    ___ Yes    X No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?    ___ Yes    X No

_____
AIMEE JIMENEZ
ASSISTANT UNITED STATES ATTORNEY
Court No. A5500795

*Penalty Sheet(s) attached

REV 4/8/08

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:** NADER MOHAMAD FARHAT

**Case No:** _____

Count #: 1

Conspiracy to Commit Money Laundering

Title 18, United States Code, Section 1956(h)

**\*Max. Penalty:** 20 Years' Imprisonment

Counts #: 2-7

Money Laundering

Title 18, United States Code, Section 1956(a)(3)(B)

**\*Max. Penalty:** 20 Years' Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**