UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-20865-CR-MOORE(s)
18 U.S.C. § 1956(h)
18 U.S.C. § 1956(a)(3)(B)
18 U.S.C. § 982(a)(1)

UNITED STATES OF AMERICA

vs.

NADER MOHAMAD FARHAT,

Defendant.
_____/

FILED by ___ D.C.
JUN 28 2018
STEVEN M. LARIMORE
CLERK U.S. DIST. CT
S. D. of FLA. – MIAMI

## SUPERSEDING INDICTMENT

The Grand Jury charges that:

### COUNT 1

Beginning in and around March 2014, and continuing to on or about May 17, 2018, the exact dates being unknown to the Grand Jury, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**NADER MOHAMAD FARHAT,**

did knowingly and willfully combine, conspire, and agree with other persons known and unknown to the Grand Jury to commit offenses in violation of Title 18, United States Code, Section 1956, that is, to knowingly conduct a financial transaction affecting interstate and foreign commerce involving property, that is, funds and monetary instruments, including United States currency, represented by an individual acting at the direction of, and with the approval of, law enforcement officers to be proceeds of a specified unlawful activity, with the intent to conceal and disguise the nature, location, source, ownership and control of property believed to be the proceeds of said

specified unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(3)(B).

It is further alleged that the specified unlawful activity was represented to be importing, distributing, selling and otherwise dealing in a controlled substance, punishable under the laws of the United States.

All in violation of Title 18, United States Code, Section 1956(h).

## COUNTS 2-7

On or about the dates set forth below as to each count, in Miami-Dade and Broward Counties, in the Southern District of Florida, and elsewhere, the defendant,

**NADER MOHAMAD FARHAT,**

did knowingly conduct a financial transaction affecting interstate and foreign commerce involving property, that is, funds and monetary instruments, including United States currency, represented by an individual acting at the direction of, and with the approval of, law enforcement officers to be proceeds of a specified unlawful activity, with the intent to conceal and disguise the nature, location, source, ownership and control of property believed to be the proceeds of specified unlawful activity:

| Count | Approximate Date of Financial Transaction | Approximate Amount | Financial Transaction |
|---|---|---|---|
| 2 | November 18, 2014 | $221,625 | Wire transfer received at a Citibank account in Broward County, FL |
| 3 | September 14, 2015 | $90,000 | Wire transfer received at a Citibank account in Broward County, FL |
| 4 | September 15, 2015 | $49,997.89 | Wire transfer received at a Citibank account in Broward County, FL |
| 5 | September 18, 2015 | $65,096 | Wire transfer received at a Citibank account in Broward |

|   |   |   | County, FL |
|---|---|---|---|
| 6 | September 20, 2015 | $41,210 | Wire transfer received at a Citibank account in Broward County, FL |
| 7 | December 14, 2015 | $125,000 | Delivery of cash in U.S. currency by confidential informant to co-conspirator, on behalf of the defendant |

It is further alleged that the specified unlawful activity was represented to be importing, distributing, selling and otherwise dealing in a controlled substance, punishable under the laws of the United States.

In violation of Title 18, United States Code, Sections 1956(a)(3)(B) and 2.

## COUNT 8

From at least as early as in or around January 2013, through on or about May 17, 2018, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**NADER MOHAMAD FARHAT,**

did knowingly and willfully combine, conspire, confederate, and agree with other persons known and unknown to the Grand Jury to commit offenses in violation of Title 18, United States Code, Section 1956, that is:

(a) To knowingly conduct a financial transaction affecting interstate and foreign commerce involving proceeds of a specified unlawful activity, knowing that the transaction was designed in whole and in part to conceal and disguise the nature and source of the proceeds of the specified unlawful activity, and that while conducting such financial transaction knew that the property involved in the financial transaction represented the proceeds of some form of unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i); and

(b) To knowingly transmit and transfer monetary instruments and funds from a place in the United States to and through a place outside the United States and to a place in the United States from and through a place outside the United States with the intent to promote the carrying on of specified unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(2)(A).

It is further alleged that the specified unlawful activity is conducting an unlicensed money transmitter business, in violation of Title 18, United States Code, Section 1960.

In violation of Title 18, United States Code, Section 1956(h).

## FORFEITURE ALLEGATIONS

1. The allegations of this Superseding Indictment are re-alleged, and by this reference fully incorporated herein for alleging criminal forfeiture to the United States of America of certain property in which the defendant, **NADER MOHAMAD FARHAT**, has an interest.

2. Upon conviction of a violation of, or a conspiracy to violate, Title 18, United States Code, Section 1956, as alleged in this Superseding Indictment, the defendant shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 982(a)(1), any property, real or personal, involved in such offense, or any property traceable to such property.

3. The property subject to forfeiture includes, but is not limited to, the following:

(i) Approximately $846,258 in U.S. dollars seized at Unique Cambios, S.A., on or about May 17, 2018;

(ii) Approximately $466,356 in Brazilian reais seized at Unique Cambios, S.A., on or about May 17, 2018;

(iii) Approximately $86,704.69 in Paraguayan guaranies seized at Unique Cambios,

S.A., on or about May 17, 2018; and

  (iv) Approximately $6,366 in Argentinean pesos seized at Unique Cambios, S.A., on or about May 17, 2018.

All pursuant to Title 18, United States Code, Section 982(a)(1), and the procedures outlined at Title 21, United States Code, Section 853.

              A TRUE BILL

_____
BENJAMIN G. GREENBERG
UNITED STATES ATTORNEY

_____
MICHAEL E. THAKUR
ASSISTANT UNITED STATES ATTORNEY

5

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

NADER MOHAMAD FARHAT,

    Defendant.
_____ /

CASE NO.   17-20865-CR-Moore (s)

## CERTIFICATE OF TRIAL ATTORNEY*

**Superseding Case Information:**

**Court Division:** (Select One)

  X  Miami    ____ Key West
  ___ FTL    ____ WPB    ____ FTP

New Defendant(s)    Yes ____ No  X
Number of New Defendants
Total number of counts    8

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No)    Yes
    List language and/or dialect    Arabic, Spanish

4. This case will take   5   days for the parties to try.

5. Please check appropriate category and type of offense listed below:
    (Check only one)    (Check only one)

    I    0 to 5 days    ____    Petty    ____
    II    6 to 10 days    X    Minor    ____
    III    11 to 20 days    ____    Misdem.    ____
    IV    21 to 60 days    ____    Felony    X
    V    61 days and over    ____

6. Has this case been previously filed in this District Court? (Yes or No)    Yes
If yes:
Judge: Moore    Case No.    17-20865-CR-Moore
(Attach copy of dispositive order)
Has a complaint been filed in this matter?    (Yes or No)    No
If yes:
Magistrate Case No.
Related Miscellaneous numbers:
Defendant(s) in federal custody as of
Defendant(s) in state custody as of
Rule 20 from the District of
Is this a potential death penalty case? (Yes or No)    No

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?    Yes ____    No  X

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?    Yes ____    No  X

    _____
    MICHAEL THAKUR
    ASSISTANT UNITED STATES ATTORNEY
    Court No. A5501474

*Penalty Sheet(s) attached    REV 5/3/17

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

Defendant's Name: **NADER MOHAMAD FARHAT**

Case No: 17-20865-CR-Moore (s)

Counts #: 1 and 8

Conspiracy to Commit Money Laundering

Title 18, United States Code, Section 1956(h)

*Max. Penalty: 20 Years' Imprisonment

Counts #: 2-7

Money Laundering

Title 18, United States Code, Section 1956(a)(3)(B)

* Max. Penalty: 20 Years' Imprisonment

Count #:


*Max. Penalty:

Count #:


* Max. Penalty:


*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.