UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: __17-20865 Moore__

UNITED STATES OF AMERICA,
        Plaintiff,

v.    **NOTICE OF TEMPORARY
      APPEARANCE AS COUNSEL**

Nader Farhad

        Defendant.
_____/

COMES NOW __David Raben__ and files this temporary appearance as counsel for the above named defendant(s) at initial appearance.

This appearance is made with the **understanding** that the undersigned counsel will fulfill any **obligations imposed** by the Court such as **preparing and filing documents** necessary to collateralize any personal surety bond which may be set.

Counsel's Name (**Printed**): __David Raben__

Counsel's Signature: __David Raben__

Address (include City/State/Zip Code):
__2250 SW 3 Ave Miami 4th Fl__

Telephone: __305 858 9550__        Florida Bar Number: __308641__

Date: __6/21/19__