# COURT MINUTES
## Magistrate Judge Lisette Marie Reid

Atkins Building Courthouse - 3rd Floor     Date: 6/27/2019    Time: 10:00 a.m.

---

Defendant: NADER MOHAMAD FARHAT   J#: 18215-104   Case #: 17-20865-CR-MOORE(s)

AUSA: Michael Thakur     Attorney: DAVID RABIN (TEMP)

Violation: CONSPIRACY TO COMMIT MONEY LAUNDERING

Proceeding: Report re Counsel/Arraignment/Detention     CJA Appt:

Bond/PTD Held: ☐ Yes ☐ No    Recommended Bond: TEMP PTD

Bond Set at:            Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
- ☐ Random urine testing by Pretrial Services ___ Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to: ___
- ☐ Other: ___

Language: Spanish

Disposition: - Stip PTD w/ Right to Revisit

Time from today to ___ excluded from Speedy Trial Clock

**NEXT COURT APPEARANCE**   Date:    Time:    Judge:    Place:

Report RE Counsel: 7/9

PTD/Bond Hearing: 10:00   Duty   Gneinu

Prelim/(Arraign) or Removal: 7/9

Status Conference RE:

D.A.R. 10:04      Time in Court: 2 minutes