UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-20865-CR-RUIZ

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

NADER MOHAMAD FARHAT,

       Defendant.
_____/

**NOTICE OF ASSIGNMENT**

The above captioned case has been assigned to the Assistant Federal Public Defender specified below. Please send all notices and inquiries to this attorney at the address listed.

       Respectfully submitted,

       MICHAEL CARUSO
       FEDERAL PUBLIC DEFENDER

By:   s/ *Daryl E. Wilcox*
       Daryl E. Wilcox
       Assistant Federal Public Defender
       Florida Bar No. 838845
       One East Broward Boulevard, Suite 1100
       Fort Lauderdale, FL 33301-1842
       Tel: (954) 356-7436
       Fax: (954) 356-7556
       E-Mail: Daryl_Wilcox@fd.org

## CERTIFICATE OF SERVICE

I HEREBY certify that on July 12, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: s/ *Daryl E. Wilcox*
Daryl E. Wilcox