UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 17-20865-CR-RUIZ(s)

UNITED STATES OF AMERICA

       Plaintiff,

vs.

NADER MOHAMAD FARHAT,

       Defendant.

_____/

**GOVERNMENT'S SECOND RESPONSE TO THE STANDING DISCOVERY ORDER**

The United States of America, in response to the Standing Discovery Order issued in this case, files this second response as to defendant Nader Farhat. The Government is sending via Federal Express today to defense counsel a hard drive containing a copy of approximately 2 terabytes of information from Farhat's server that he had maintained at his currency exchange business in Paraguay. The hard drive includes most, but not all, of the contents of Farhat's server. The government will provide a copy of the rest of Farhat's server as soon as it is available. The Government has separately provided defense counsel with instructions on how to view the contents of the hard drive.

The Government also emailed to defense counsel today fourteen (14) photos of papers, including a handwritten statement about this case, that Farhat had in his possession in his jail cell

while awaiting extradition to the United States.

                    Respectfully submitted,

                    ARIANA FAJARDO ORSHAN
                    UNITED STATES ATTORNEY

By:  s/ Michael Thakur
       MICHAEL THAKUR
       ASSISTANT UNITED STATES ATTORNEY
       Court No. A5501474/
       Florida Bar No. 1011456
       99 Northeast 4th Street
       Miami, Florida 33132-2111
       Tel: (305) 961-9361
       Fax: (305) 530-7976
       Email: Michael.Thakur@usdoj.gov

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was filed with the Clerk of Court using CM/ECF this 2nd day of August 2019, and that the foregoing document is being served this day on all counsel of record via Notices of Electronic Filing generated by CM/ECF.

.

                                                s/ Michael Thakur
                                                MICHAEL THAKUR
                                                Assistant United States Attorney