UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 17-20865-CR-RUIZ(s)

UNITED STATES OF AMERICA

vs.

NADER MOHAMAD FARHAT,

    Defendant.
_____/

## Government's Speedy Trial Report

The United States submits this speedy trial report pursuant to Local Rule 88.5 and the Court's Scheduling Order.   The United States will assume this Speedy Trial Report is agreed to by the defendant absent an objection being filed:

| | |
|---|---|
| Date of defendant's initial appearance in Court on the superseding indictment: | June 21, 2019 |
| Date of defendant's arraignment: | July 9, 2019 |
| Total number of days elapsed, as of August 2, 2019: | 42 |
| Date that defendant's motion to continue trial filed: (motion is still pending as of this filing) | July 29, 2019 |
| Total number of days tolled or excluded from speedy trial time due to motions and trial continuances (18 U.S.C. 3161(h)(1)(D) and (7)(A)): | 4 |
| Elapsed Speedy Trial Time: | 38 days |

Latest date on which case may be set for trial without additional
tolling or excluding of time: Sept. 4, 2019

        Respectfully submitted,

        ARIANA FAJARDO ORSHAN
        UNITED STATES ATTORNEY

By:    s/ Michael Thakur
        MICHAEL THAKUR
        ASSISTANT UNITED STATES ATTORNEY
        Court No. A5501474/
        Florida Bar number 1011456
        99 Northeast 4th Street
        Miami, Florida 33132-2111
        Tel: (305) 961-9361
        Email: Michael.Thakur@usdoj.gov

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on August 2, 2019, I electronically filed the foregoing document with the Clerk of the Court and provided notice to counsel using CM/ECF.

/s/ Michael E. Thakur
Michael E. Thakur
Assistant United States Attorney