**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 17-CR-20865-RAR**

**UNITED STATES OF AMERICA**,

vs.

**NADER MOHAMAD FARHAT,**
**DIYA SALAME, and**
**HOUSSAM ALI HACHEM,**

      Defendants.
_____/

## ORDER RESETTING TRIAL AND PRETRIAL INSTRUCTIONS

**THIS CAUSE** came before the Court for a status conference on February 25, 2021 [ECF No. 64]. As discussed during the status conference, given the ongoing public health crisis caused by COVID-19 and the corresponding entry of Administrative Order 2021-12 ("Eighth Order Concerning Jury Trials and Other Proceedings"), which continued all jury trials in the Southern District of Florida set to begin on or after March 30, 2020 until May 3, 2021, it is hereby

**ORDERED AND ADJUDGED** that the Court finds, pursuant to 18 U.S.C. § 3161(h)(7)(A), that the ends of justice served by this continuance outweigh the best interests of the parties and the public in a speedy trial, given the need to protect the health and safety of Defendants, their counsel, prosecutors, court staff, and the public by reducing the number of in-person hearings to the fullest extent possible, and due to the inability of the Court to ensure the availability of a fair cross-section of jurors absent a continuance.

Accordingly, the period of delay resulting from this continuance—from the date of this Order, February 25, 2021, through the start of trial—shall be considered excludable time under the Speedy Trial Act. *See* 18 U.S.C. § 3161. This case is specially reset for **Jury Trial** beginning on

**Monday, September 27, 2021**.  Calendar Call will be held on **Tuesday, September 21, 2021 at 11:00 A.M.**

It is further **ORDERED AND ADJUDGED** as follows:

1. All pre-trial motions and motions *in limine* must be filed by **Tuesday, September 07, 2021**.  Each party is limited to filing one motion *in limine*.  Motions *in limine* may not, without leave of Court, exceed the page limits allowed by the Local Rules.

2. Counsel shall be prepared to conduct limited *voir dire* following the Court's questioning of the panel.  Prior to **Calendar Call**, each party may file no more than five proposed *voir dire* questions for the Court to ask of the venire.  The Court will not permit the backstriking of jurors.

3. The parties shall submit, in Word format, via e-mail to ruiz@flsd.uscourts.gov, proposed jury instructions, including substantive charges and defenses, and a verdict form prior to **Calendar Call**.  For instructions on filing proposed documents, please see http://www.flsd.uscourts.gov.  Although they need not agree on each proposed instruction, the parties shall submit their proposed jury instructions and verdict form jointly.  Where the parties do not agree on a proposed instruction, that instruction shall be set forth in bold type.  Instructions proposed only by the Government shall be underlined.  Instructions proposed solely by the defense shall be italicized.  Every instruction must be supported by citation to authority.

4. Prior to **Calendar Call**, all counsel shall file lists of proposed witnesses and/or exhibits to be presented at trial.  All exhibits to be offered into evidence must be pre-labeled in accordance with the proposed exhibit list.  Government exhibits shall be designated numerically; defense exhibits will proceed alphabetically.

5. The deadline for the scheduling of guilty pleas is **Tuesday, September 21, 2021**. *See, e.g., United States v. Gamboa*, 166 F.3d 1327, 1331 (11th Cir. 1999) (citing *United States v. Ellis*, 547 F.2d 863, 868 (5th Cir. 1977)).

6. All requests for writs *ad testificandum* must be filed no later than 14 business days prior to the first day of the scheduled trial period.

7. All responses pursuant to the Standing Discovery Order and/or Local Rule 88.10 shall be provided in a timely fashion in accordance with the dates scheduled by the Magistrate Judge. Noncompliance with the Standing Discovery Order, the Local Rules, or the Federal Rules of Criminal Procedure may result in sanctions. Any notice submitted pursuant to Federal Rule of Evidence 404(b) shall include a specific factual basis for the evidence sought to be introduced.

8. **To the extent required by Local Rule 88.9, all motions shall be accompanied by a written statement certifying that counsel for the moving party has conferred with opposing counsel in a good faith effort to resolve by agreement the subject matter of the motion. Email communications shall not be sufficient to constitute conferral. Counsel must actually speak to one another, either in person or over the phone, in a good faith effort to resolve their disputes prior to filing any motion.**

9. If any party seeks to introduce transcript(s) at the trial, that party shall exchange those transcripts with all counsel prior to **Calendar Call**. If a transcript cannot be agreed upon, each party shall be prepared to produce its own version for the trier of fact.

10. All anticipated Jencks Act[1] material shall be turned over to defense counsel no later than the morning of the first day of trial. The material shall include a face sheet for defense counsel to sign and date, acknowledging receipt.

---

[1] 18 U.S.C. § 3500.

11. Upon receipt of this Order, counsel for Defendants shall certify with the Court's courtroom deputy whether Defendants require the aid of an interpreter. All parties are under an additional instruction to notify the Court, at least 24 hours prior to any hearings or trial, if an interpreter is required.

12. Arrangements for appropriate clothing if Defendants are in custody must be made with the Bureau of Prisons at least **seven days** prior to the scheduled trial date.

13. **The parties shall comply with Local Rule 88.5, which requires the filing of speedy trial reports every 20 days hereafter until the time of trial or plea.**

14. Local Rule 7.1(a)(2) requires that certain motions be accompanied by proposed orders, which must be filed as attachments to those motions. **FURTHERMORE, PURSUANT TO CM/ECF ADMINISTRATIVE PROCEDURES, PROPOSED ORDERS SHALL BE SUBMITTED TO THE COURT BY E-MAIL IN WORD FORMAT TO** ruiz@flsd.uscourts.gov.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 25th day of February, 2021.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record